# United States District Court
# Western District of North Carolina
# Charlotte Division

Carolyn Alford**,**　　　　　　　　　　JUDGMENT IN CASE

　　Plaintiff(s),　　　　　　　　　　　3:16-cv-00698-GCM

　　　　vs.

Mecklenburg County Clerk of
　Superior Court, et al
　　Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 17, 2016 Order.

　　　　　　　　　　　　　　　　October 17, 2016

_____
Frank G. Johns, Clerk
United States District Court